# United States Bankruptcy Court
# Eastern District of Virginia
# Alexandria Division

**In re:**

**Erica Monique Allen Winslow,**                    Case No. 18-12090-BFK

**Debtor.**                                          Chapter 7

## Order Dismissing Case

This matter came before the Court, for hearing, on Tuesday, October 9, 2018, on the motion of the Acting United States Trustee for Region 4, John P. Fitzgerald, III, to dismiss this case, pursuant to Section 707(a) of the Bankruptcy Code, for not appearing at continued/adjourned meeting of creditors on August 22, 2018. Docket No. 22.

The Debtor did not appear at the hearing. The attorney for the Acting United States Trustee appeared at the hearing.

Now, for reasons stated from the bench orally for the record, it is hereby:

Ordered that this case is dismissed.

Ordered that the Clerk shall serve a copy of this order on the parties listed below.

John P. Fitzgerald, III
Acting United States Trustee
For Region 4
Jack Frankel, Attorney
115 S Union Street
Alexandria, VA 22314
(703) 557-7229
Jack.I.Frankel@USDOJ.Gov

Date: Oct 12 2018                          /s/ Brian F. Kenney
                                           Brian F. Kenney
                                           Bankruptcy Judge

                                           Entered on Docket October 12, 2018

John P. Fitzgerald, III
Acting United States Trustee
For Region 4

/s/  Jack Frankel
Jack Frankel, Attorney
Office of United States Trustee
115 S Union Street
Alexandria, VA 22314
(703) 557-7229

cc:

**Erica Monique Allen Winslow**
PO Box 4033
Fairfax, VA 22038

**Janet M. Meiburger, Trustee**
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101

## Certificate of Service

I hereby certify that on the 10th day of October, 2018, I mailed, United States mail,

postage prepaid, first class, a copy of this proposed order to:

| **Erica Monique Allen Winslow** | **John W. Bevis, Esq.** | **Janet M. Meiburger, Trustee** |
|---|---|---|
| PO Box 4033 | 10521 Judicial Drive, Suite 204 | The Meiburger Law Firm, P.C. |
| Fairfax, VA 22038 | Fairfax, VA 22030 | 1493 Chain Bridge Road, Suite 201 |
| | | McLean, VA 22101 |

/s/  Jack Frankel